UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE TURNER EL, | No. 2:14-cv-1455 AC P |
| Petitioner, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner has failed to specify the grounds for relief in his petition and has failed to file the petition on the court approved form. <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[1]

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition" and be filed on the court's form application; and

/////

---

[1] By setting this deadline the court is making no finding or representation that the petition is not subject to dismissal as untimely.

1

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: June 20, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE